UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO.: 1:13-CR-62-TLS |
| | ) | |
| JOSHUA R. MACKIN | ) | |

**OPINION AND ORDER**

On May 15, 2015, the Defendant, Joshua R. Mackin, through his counsel, filed a Supplemental Brief in Support of the Defendant's Motion for Evidentiary Hearing Concerning Pending Motions Including: Motion to Suppress, Disciplinary Files and Disciplinary Determinations of Government Witnesses Officers Brown and Ramon [ECF No. 190], in violation of this Court's April 25, 2017, Order [ECF No. 185]. As the Court indicated in its April 25 Order, the Court has taken the Defendant's fourth Motion to Suppress [ECF No. 168] under advisement, as this matter is fully briefed and no further briefing is required, and the Court will rule upon the Motion on or before May 25, 2017. Also, as indicated in the April 25 Order, the Court has taken the Government's first Motion in Limine [ECF No. 140] and the Defendant's first Motion in Limine [ECF No. 162] under advisement.

Accordingly, the Court ORDERS the Defendant's Supplemental Briefing [ECF No. 190] STRICKEN from the record. Additionally, the Court notes that any further filings in violation of this Court's Orders may provide a basis for sanctions.

SO ORDERED on May 15, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT